FILED

11/24/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0598

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### No. DA 23-0598

STATE OF MONTANA,

> Plaintiff and Appellee,

vs.

STEVEN CHARLES VANDEHEY,

> Defendant and Appellant.

---

### GRANT

---

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until January 2, 2023, to prepare, file, and serve the Appellant's opening brief.